UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CANDICE THOMPSON,<br><br>    Defendant. | NO. CR-12-084-RHW-4<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 122. The motion was heard without oral argument and on an expedited basis. The Government did not file a response.

Defendant asks the Court to modify her conditions of release to permit her to live with her stepparents, Christina Chamberlain and Robert Fry. The Court has contacted Defendant's Probation Officers in Spokane and Tacoma. They do not oppose the request. Patrick Robertson, U.S. Probation, indicated that Defendant has been compliant with her conditions of release. The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (ECF No. 122) is **GRANTED**.

2. Defendant's conditions of pretrial release are modified as follows:

    The Defendant is placed with Christina Chamberlain and Robert Fry, Spanaway, Washington, who agree to supervise the Defendant consistent with all the conditions of release; use every

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** ~ 1

1  effort to assure the appearance of the Defendant at all scheduled court
2  proceedings; and notify the court immediately in the event the Defendant violates any conditions of release or disappears.

3.  All other conditions of release shall remain in effect.

4.  Defendant's Motion to Expedite (ECF No. 124) is **GRANTED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter the order and to provide copies to counsel and U.S. Probation Officer.

**DATED** this 27th day of September, 2012.


                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
                              United States District Judge


Q:\RHW\aCRIMINAL\2012\12-84\Thompson\modify.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY CONDITIONS OF RELEASE ~ 2**