PROB 12B
(7/93)

Report Date: June 28, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 28 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Candice J Thompson    Case Number: 2:12CR00084-004

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/17/2013    Type of Supervision:

Original Offense: Conspiracy to Commit Mail Theft, 18 U.S.C. § 371    Date Supervision To Commence: July 14, 2013

Original Sentence: Prison - 5 Months;
                            TSR - 36 Months    Date Supervision Expires: July 13, 2016

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Presently, Ms. Thompson does not have a residence to release to upon completing her term of incarceration. She has agreed to placement at a Residential Reentry Center (RRC), until she is able to secure a residence

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/28/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
**Re: Thompson, Candice J**
**June 28, 2013**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

____6/28/13____
Date