PROB 12B  
(7/93)

Report Date: December 24, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 30 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Candice J. Thompson                     Case Number: 2:12CR00084-004

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/17/2013                      Type of Supervision:

Original Offense: Conspiracy to Commit Mail Theft,        Date Supervision To Commence: July 14, 2013
18 U.S.C. § 371

Original Sentence: Prison - 5 Months                      Date Supervision Expires: July 13, 2016
                      TSR - 36 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

22      You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Presently, Ms. Thompson does not have a residence to release to upon completing her stay at the RRC (Port of Hope). The offender has requested her supervision be transferred to the Western District of Washington. The above modification is submitted to the Court to allow Ms. Thompson to continue residing at the POH while her request to transfer to the Western District of Washington can be facilitated.

I declare under penalty of perjury that the foregoing is true and correct.

                            Executed on:    12/24/2013

                                                s/Anne Sauther

                                                Anne Sauther
                                                U.S. Probation Officer

Prob 12B
**Re: Thompson, Candice J**
**December 24, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

*/s/ Robert H. Whaley*
Signature of Judicial Officer

December 30, 2013
Date